# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>TAMARA ZOOK-CALLAHAN(2),<br><br>　　　　　　　　Defendant. | CASE NO. 13CR4197-L<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ 　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ 　the Court has dismissed the case for unnecessary delay; or

_x_ 　the Court has granted the motion of the Government for dismissal, without prejudice; or

___ 　the Court has granted the motion of the defendant for a judgment of acquittal; or

___ 　a jury has been waived, and the Court has found the defendant not guilty; or

___ 　the jury has returned its verdict, finding the defendant not guilty;

_X_ 　of the offense(s) as charged in the Indictment/Information:

　　21:841(a)(1) and 846 - Conspiracy to Possess with Intent to Distribute
　　21:841(a)(1); 18:2 - Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 06/03/2014

　　　　　　　　　　　　　　　　　　　*Barbara L. Major*
　　　　　　　　　　　　　　　　　　　Barbara L. Major
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge